# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 12, 2026

#39164-177
Mr. Ronald Hernandez
FCI Berlin Satellite Camp
P.O. Box 9000
Berlin, NH 03570

    No. 24-10734    USA v. Hernandez
                    USDC No. 4:09-CR-72-1

Dear Mr. Hernandez,

Enclosed are copies of the brief and the supplemental brief.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Lisa E. Ferrara, Deputy Clerk
    504-310-7675